**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| The Medical Protective Company, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>Herman Pang, M.D.; and, Does 1-X;<br><br>Defendants. | CASE NO.:  CV05-2924-PHX-SMM<br><br>**ORDER ALLOWING PARTY REPRESENTATIVES TO APPEAR TELEPHONICALLY AT RULE 16 PRETRIAL CONFERENCE** |

Pursuant to the Joint Motion for Party Representatives to Appear Telephonically at the Rule 16 Pretrial Conference (dkt. 25), and good cause appearing,

**IT IS ORDERED** allowing the party representatives to attend the Rule 16 Pretrial Conference scheduled to take place on July 24, 2006 at 10 a.m. telephonically. (Dkt. 25.)

**IT IS FURTHER ORDERED** that both of the party representatives shall telephone the Court on one clear line at 9:55 a.m. at 602-322-7555.  The Court is not able to accommodate conference calls, so it is imperative that the two party representatives make arrangements to telephone the Court on one clear telephone line.

Dated this 26th day of June, 2006.

Stephen M. McNamee
United States District Judge