**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Medical Protective Company, ) | No. CV 05-2924-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Herman Pang, M..D., and Does I-X, ) | |
| Defendants. ) | |

Pending before the Court is the parties' Joint Motion to Reschedule Rule 16 Preliminary Pretrial Conference. (Dkt. 28.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Reschedule Rule 16 Preliminary Pretrial Conference. (Dkt. 28.) The Preliminary Pretrial Conference scheduled for July 24, 2006 is continued to August 29, 2006 at 2:00 p.m. in Courtroom 605, 401 West Washington Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that, with the exception of the time and date of the Preliminary Pretrial Conference, the parties shall comply with all of the other requirements set forth in the Court's Order Setting Rule 16 Preliminary Pretrial Conference. See Dkt. 24.

DATED this 17th day of July, 2006.

Stephen M. McNamee
United States District Judge