**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Medical Protective Company, | ) | No. CV 05-2924-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Herman Pang, M..D., and Does I-X, | ) | |
| Defendants. | ) | |

At the request of Defendant/Counter Claimant Herman Pang, M.D. (see Dkt. 39), I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this matter is referred to the Chief Judge for reassignment to another judge.

DATED this 19th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge