**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Medical Protective Company, a foreign corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Herman Pang, M.D.; and, Does I-X,<br><br>    Defendants. | No. CV 05-2924-PHX-JAT<br><br>**ORDER** |

On November 20, 2007, Plaintiff Medical Protective Company ("MPC") filed a Motion to Strike New Arguments and Evidence or, Alternatively, for Leave to File a Surreply (Doc. #232). Plaintiff has moved for expedited treatment of its motion (Doc. #233). The Court will grant the Motion to Expedite, but will not grant a hearing on the issue.

MPC argues that Defendant Herman Pang impermissibly made new arguments and cited new evidence in his Reply in Support of Cross-Motion for Summary Judgment. MPC requests that the Court strike the new arguments and evidence. In the alternative, MPC would like the Court to grant it permission to file a surreply to respond to the new arguments and evidence.

In the interest of having all the pertinent information in advance of the oral argument on the cross motions for summary judgment, the Court will deny the motion to strike and grant the motion to file a surreply with certain page limitations.

1   Accordingly,

2   IT IS ORDERED GRANTING MPC'S Motion for Expedited Hearing and Ruling
3   (Doc. #233) in part and denying it in part. With this Order, the Court grants expedited
4   treatment of the underlying Motion, but the Court will not grant MPC's request for a hearing.

5   IT IS FURTHER ORDERED DENYING MPC's Motion to Strike New Arguments
6   and Evidence (Doc. #232).

7   IT IS FURTHER ORDERED GRANTING MPC's Motion to File a Surreply (Doc.
8   #232). MPC shall file its surreply by Friday, December 28. The surreply shall not exceed
9   five (5) pages.

10  IT IS FURTHER ORDERED that the Court will not entertain any motions for further
11  briefing by either party.

12  DATED this 17th day of December, 2007.

James A. Teilborg
United States District Judge